2025 Feb-07 PM 02:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

Clerk

FILED

2025-FEB -7 P 12: 41

U.S. DISTRICT COURT
N.D. OF ALABAMA

Im filing A motion foo othe Appoint
Reduction on Amendment 821 and Im Asking
the courts to Appoint me A Federal public
Defender to perfect my motion.

Case Number: 2:21-cr-389-MHH-JHE